FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 17 2015
JAMES W. McCORMACK, CLERK
By: D Brown
DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**________________ DIVISION**

**CASE NO.** 5:15-CV-390 BRW/JTK

**Jury Trial:** ☐ Yes ☑ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Tyrone Ellis
ADC # 149250

Address: Arkansas Department Of Correction, P.O. Box 970, Marianna, AR 72360.

Name of plaintiff: ________________
ADC # __________

Address: ________________

This case assigned to District Judge Wilson
and to Magistrate Judge Kearney

Name of plaintiff: ________________
ADC # __________

Address: ________________

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Aric Simmons

Position: Advance Practice Nurse

Place of employment: Correct Care Solutions

Address: Arkansas Regional Office, 6814 Princeton Pike, Pine Bluff, AR 71611.

Name of defendant: ________________

Position: ________________

Place of employment: ______________________________

Address: ______________________________

Name of defendant: ______________________________

Position: ______________________________

Place of employment: ______________________________

Address: ______________________________

Name of defendant: ______________________________

Position: ______________________________

Place of employment: ______________________________

Address: ______________________________

II. Are you suing the defendants in:

- ☐ official capacity only
- ☑ personal capacity only
- ☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

- ☐ Court (if federal court, name the district; if state court, name the county): ____________________

- ☐ Docket Number: ____________________

- ☐ Name of judge to whom case was assigned: ____________________

- ☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ____________________

- ☐ Approximate date of filing lawsuit: ____________________

- ☐ Approximate date of disposition: ____________________

IV. Place of present confinement: East Arkansas Regional Unit.

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ____________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__ No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓ No ____

If not, why? ______________________________________________

______________________________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Herein plaintiff suffered a twenty-eight day delay before recieving medical care from provider defendant on the grievance # Eam 15-02541 attached to plaintiff complaint will show at the time of this interval where plaintiff was referred to provider defendant by nurse Rose on 07/20/2015 in the plan of a sickcall in isolation 2 cell # 36 and issue of why plaintiff was referred to provider defendant documentation to provider defendant threw a referral made by nurse Rose on 07/20/2015 in the plan of a sickcall plaintiff was facing a substainal risk of serious harm suffering a painful swelling bump revealed to be a painful swelling pea sized hemorrhoid in the rectum needing the medical care of provider defendant and provider defendant still delayed plaintiff medical care for twenty-eight days 07/20/2015 untill 08/17/2015 was deliberate indifferent and Cruel and Unusual Punishment from provider defendant

VII. Statement of Claim. (Extra Sheet) Page 1 of 2

tword plaintiff injury. Plaintiff referral showed plaintiff name, ADC#, date, barracks of housing cell and issue of why plaintiff was referred to provider defendant by nurse Rose in the plan of a sickcall referred to grievance # EAM 15-02541 attached to plaintiff complaint. Plaintiff was housed in isolation 2 cell # 36 suffering a painful swelling bump revealed to be a painful swelling pea sized hemorrhoid in plaintiff rectum revealed from the referral made by nurse Rose in the plan of a sickcall on 07/20/2015 referred to provider defendant giving provider defendant full knowledge of plaintiff injury an provider defendant ignored or disregarded plaintiff referral to provider defendant delaying plaintiff medical care for twenty-eight days 07/20/2015 untill 08/17/2015 was deliberate indifferent and Cruel and Unusual Punishment from provider defendant tword plaintiff injury referred to grievance # EAM 15-02541 attached to plaintiff complaint. However one thing that never happen was provider defendant ever gave plaintiff medical care for the referral made by nurse Rose in the plan of a sickcall on 07/20/2015 in isolation 2 cell # 36 before plaintiff had to complaine on the grievance dated 08/03/2015 referred to grievance # EAM 15-02541 attached to plaintiff complaint. It's obvious plaintiff was suffering a injury from the sickcall, referral dated 07/20/2015 and grievance dated 08/03/2015 that was submitted to nurse Rose and provider defendant referred to grievance # EAM 15-02541 attached to plaintiff complaint. Which leaves only the conclusion these torturing conditions tword plaintiff injury were imposed for punishment and wanton infliction of pain, where there is no legitimate penology justification of this delay in plaintiff medical care of a painful swelling bump revealed to be a painful swelling pea sized hemorrhoid in the rectum plaintiff suffered up to twenty-eight days 07/20/2015 untill 08/17/2015 referred to grievance # EAM 15-02541 attached to plaintiff complaint. Almost anyone can decide that

VII. Statement of Claim. (Extra Sheet) Page 2 of 2

plaintiff being force to a twenty-eight day delay 07/20/2015 until 08/17/2015 in plaintiff medical care suffering a painful swelling bump revealed to be a painful swelling pea sized hemorrhoid in the rectum can cause severe pain referred to grievance # EAM 15-02541 attached to plaintiff complaint. Plaintiff grievance # EAM 15-02541 Health Services Response To Unit Level Grievance is found with merit due to the length of time it took for plaintiff to be seen by provider defendant but resolved once plaintiff was seen referred to grievance # EAM 15-02541 attached to plaintiff complaint. Please see the date 11/3/15 the Director Rory Griffin grievance appeal decision was issued referred to grievance # EAM 15-02541 Chief Deputy/Deputy/Assistant Director's Decision attached to plaintiff complaint. Provider defendant deprived plaintiff of plaintiff 8th Amendment Constitutional Right by provider defendant having full knowledge of plaintiff referral to provider defendant made by nurse Rose in the plan of a sickcall on 07/20/2015 in isolation 2 cell # 36 and provider defendant delayed plaintiff medical care for the referral from 07/20/2015 until 08/17/2015 provider defendant leaving plaintiff to suffer a painful swelling bump revealed to be a painful swelling pea sized hemorrhoid in plaintiff rectum was deliberate indifferent and Cruel and Unusual Punishment from provider defendant tword plaintiff injury referred to grievance # EAM 15-02541 attached to plaintiff complaint.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff be awarded $100,000.00 Compensatory damages from Defendant and Injunction Relief Plaintiff a prison transfer to Tucker Max Unit.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 29th day of November, 2015.

Tyrone Ellis
Signature(s) of plaintiff(s)

IGTT420
3GH

163

Attachment IV

INMATE NAME: Ellis, Tyrone ADC #: 149250A GRIEVANCE #: EAM15-02541

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(617) You submitted a grievance on 8/3/2015 stating you were referred to the provider on 7/20/2015 for a bump swelling in your rectum. You state you have not been see yet and you state you are being affected physically within your rectum due to the pain and swelling you are suffering from.

You were seen in sick call on 7/20/2015 and referred to the provider. You then saw APN Simmons on 8/17/2015 and he noted you to have a pea sized hemorrhoid. He encouraged/counseled you on increasing your water and fiber intake. He instructed you to avoid straining. He prescribed colace and preparation H and MOM as needed. Your grievance is found with merit due to the length of time it took for you to be seen by the provider but resolved once you were seen.

[signature]

Signature of Health Services Administrator/Mental Health Supervisor or Designee

| Registered Nurse | 09/18/2015 |
|---|---|
| Title | Date |

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? Still in pain and strain from time to time.

RECEIVED - DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
SEP 29 2015
HEALTH & CORRECTIONAL PROGRAMS

| Tyrone Allen Ellis | 149250 | 09/18/2015 |
|---|---|---|
| Inmate Signature | ADC# | Date |

IGTT430
3GD

Attachment VI

INMATE NAME: Ellis, Tyrone ADC #: 149250 GRIEVANCE#:EAM15-02541

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On August 3, 2015, you grieved that Nurse Rose referred you to the provider during sick call on July 20, 2015, but you have not been seen. You state you are still in pain. You state you were being seen for a bump that is swelling in your rectum. You state you are being affected physically.

The medical department responded, "You were seen in sick call on 7/20/2015 and referred to the provider. You then saw APN Simmons on 8/17/2015 and he noted you to have a pea sized hemorrhoid. He encouraged/counseled you on increasing your water and fiber intake. He instructed you to avoid straining. He prescribed colace and preparation H and MOM as needed. Your grievance is found with merit due to the length of time it took for you to be seen by the provider but resolved once you were seen."

Your appeal states you are still in pain and you have to strain from time to time.

A review of your electronic medical record indicates, since your July 20, 2015 sick call, you have not been seen in sick call regarding complaints of pain.

The medical department's response is upheld; therefore, this appeal is without merit.

Director: [signature] Date: 11/3/15

Yellow Copy

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

| FOR OFFICE USE ONLY |
|---|
| GRV. # EAM15-02541 |
| Date Received: 8-7-15 |
| GRV. Code #: 600 |

**Unit/Center** E.A.Mill.

**Name** Tyrone Ellis

C# 149250 **Brks #** Iso.2-43 **Job Assignment** Punitive

08/03/2015 (Date) STEP ONE: Informal Resolution

08/06/2015 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: Still in pain and have not recieve medical attention from a provider.

________ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ________

*Is this Grievance concerning Medical or Mental Health Services?* Yes *If yes, circle one:* (medical) *or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I am complainting I seen nurse Rose who referred me to provider in the assessment of a sickcall for a bump swelling within my butt hole causing me severe pain on 07/20/2015 while I was housed in cell # 36 isolation 2 an I have not seen a provider yet and I am still in pain while housed in isolation 2 cell # 43 on August 3, 2015. I am being affected physically within my butt hole having a swelling that's causing me severe pain and suffering on a daily and nightly basis.

Tyrone Ellis
Inmate Signature

August 3, 2015
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 8/3/2015 (date), and determined to be **Step One** and/or an Emergency Grievance Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: ________ Date ________

Sgt A. Greer 83777 [signature] 8/3/15

PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

RECEIVED - DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
SEP 29 2015
HEALTH & CORRECTIONAL PROGRAMS

Describe action taken to resolve complaint, including **dates**: ________

Staff Signature & Date Returned Inmate Signature & Date Received

This form was received on 8-6-15 (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No). Staff Who Received Step Two Grievance: Sg/B. Ward Date: 8-6-15

Action Taken: Forward (Forwarded to Grievance Officer/Warden/Other) Date: 8-6-15

If forwarded, provide name of person receiving this form: ________ Date: ________

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

617