IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYRONE ELLIS,**                                                                                **PLAINTIFF**
**ADC #149250**

**VS.**                            **5:15CV00390-BRW-JTK**

**ARIC SIMMONS**                                                                                **DEFENDANT**

## ORDER

I have received proposed findings and recommendations (Doc. No. 62) from United States Magistrate Judge Jerome T. Kearney. No objections have been filed and the time for doing so has passed. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 52) is DENIED.

IT IS SO ORDERED this 18th day of October, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1