IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYRONE ELLIS,**  **PLAINTIFF**
**ADC #149250**

VS.   5:15CV00390-BRW-JTK

**ARIC SIMMONS**  **DEFENDANT**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Simmons' Motion for Summary Judgment (Doc. No. 78) is GRANTED, and Plaintiff's claims against him are DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of February, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE