**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**TYRONE ELLIS,**                                                             **PLAINTIFF**
**ADC #149250**

**VS.**                           **5:15CV00390-BRW-JTK**

**ARIC SIMMONS**                                             **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 3rd day of February, 2017.

                                                      /s/ Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE